455 F.2d 1406
 67 Lab.Cas. P 12,385
 National Labor Relations Board
v.
Weisman's Furniture and Appliances, Inc.
 71-1761
 United States Court of Appeals Second Circuit
 Dec. 6, 1971
 
 1
 NLRB N.Y.
 
 
 2
 (The decision of the Court is referenced in a 'Table of Decisions Without Reported Opinions' appearing in the Federal Reporter. The Second Circuit provides by rule for disposition by summary order when a decision is unanimous and each judge believes that 'no jurisprudential purpose would be served by a written opinion.' Decisions without formal opinions 'shall not be cited or otherwise used in unrelated cases.' Second Circuit Rules, § 0.23, 28 U.S.C.A.)